IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YOINBER ALFONSO MOREY MOREY,<br><br>Defendant. | 8:25MJ276<br><br>MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

1. The defendant is presently incarcerated in the Phelps County Sheriff's Office, Holdrege, Nebraska, in the custody of the Warden of said facility.

2. It is necessary that the said defendant be before the Honorable Magistrate Ryan C. Carson for a hearing beginning on or after the 2nd day of May, 2025, at 1:30 P.M.

3. The requested Writ is for a federal proceeding unrelated to any criminal charges currently pending in state court.

WHEREFORE, the petitioner prays that the Clerk of this Court be ordered to issue a Writ of Habeas Corpus Ad Prosequendum to the Warden of the Phelps County Sheriff's Office, Holdrege, Nebraska, the Federal Bureau of Investigation, and the United States Marshals Service for the appearance of said defendant as requested above and for such other proceedings as the Court may direct.

UNITED STATES OF AMERICA, Plaintiff

Sincerely,

MATTHEW R. MOLSEN
Acting United States Attorney
District of Nebraska

By:   <u>s/ Sean P. Lynch</u>
SEAN P. LYNCH, #25275
Assistant U.S. Attorney
1620 Dodge Street, Ste. 1400
Omaha, Nebraska 68102
Tel: (402) 661-3700
Fax: (402) 661-3084
E-mail: sean.lynch@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

<u>s/ Sean P. Lynch</u>
Assistant U.S. Attorney