IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:25CR109 |
| vs. | ) ) | ORDER |
| YOINBER ALFONSO MOREY MOREY, | ) ) | |
| Defendant | ) | |

This matter is before the court on the defendant's Stipulated Motion to Continue Trial [30]. Counsel needs additional time to conduct plea negotiations. For good cause shown,

**IT IS ORDERED** that the Stipulated Motion to Continue Trial [30] is granted as follows:

1. The jury trial, now set for September 2, 2025, is continued to **November 4, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 4, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: August 21, 2025.**

BY THE COURT:

s/ Ryan C. Carson
**United States Magistrate Judge**