## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:25-CR-109** |
| vs. | | |
| | | **ORDER FOR DISMISSAL** |
| YOINBER ALFONSO MOREY MOREY, | | |
| Defendants. | | |

This matter is before the Court on the Government's Motion to Dismiss pursuant to Federal Rule of Criminal Procedure 48(a). Filing 32. The Government requests leave to dismiss, without prejudice, the Indictment, Filing 18, against defendant Yoinber Alfonso Morey Morey. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED that the Government's Motion to dismiss, Filing 32, is granted, and the Indictment, Filing 18, against defendant Yoinber Alfonso Morey Morey is dismissed without prejudice.

Dated this 8th day of September, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge